UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHARLES D. STERGIOS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 10-365-P-S |
| SHERIFF, CUMBERLAND COUNTY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 4) filed August 31, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Docket No. 2) is **GRANTED** but his request for service contained within the same pleading is **DENIED**.

2. Plaintiff's Motion to Appoint Counsel (Docket No. 3) is **DENIED**.

3. Plaintiff's Complaint (Docket No. 1) is **DISMISSED** for failure to state a 42 U.S.C. § 1983 claim.

4. Pursuant to 28 U.S.C. § 1915(g), it is **ORDERED** that Plaintiff is barred from proceeding without prepayment of the filing fee unless he is under imminent danger of serious physical injury.

/s/George Z. Singal
United States District Judge

Dated this 27th day of September, 2010.